IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR116-031 |
| v. | ) | |
| | ) | |
| TIFFINI MADDOX | ) | |

**O R D E R**

Attorney James A. Ouellette, Jr., has been appointed under the Criminal Justice Act to represent Defendant in the above-captioned matter. The Court has determined that funds are available from, or on behalf of Defendant for partial payment of compensation and expenses of counsel. Defendant shall contribute to the payment of Mr. Ouellette's legal fees by paying $100.00 monthly for a period of twelve months. Payments will be due on the first business day of every month, beginning on July 1, 2016. Payments shall be made payable to the Clerk, U.S. District Court, P.O. Box 1130, Augusta, Georgia 30903. The Clerk shall refund any balance.

SO ORDERED this 20th day of June, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA